■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT P. GREEN, Appellant.—Order unanimously reversed on the law and motion granted. Same memorandum as in *People*

v Green (145 AD2d 929 [decided herewith]). (Appeal from order of Orleans County Court, Miles, J.—CPL art 440.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.